Kaitlin S. Verdura #025802
Verdura Law Group PLLC
PO Box 45345
Phoenix, AZ 85064
(602) 421-0515 phone
(877) 257-8895 fax
*e-mail: kv@verduralaw.com*

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Jose Antonio Santeros Placsencia,<br><br>            Defendant. | Case No. CR-23-1489-1-PHX-KML<br><br>**NOTICE OF APPEAL**<br><br>**(Assigned to the Honorable Judge Krissa M. Lanham)** |

Notice is hereby given that Defendant Jose Antonio Santeros Placsencia appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on April 20, 2026, by the Honorable Judge Krissa M. Lanham. (ECF #160.)  Sentence imposed: 24 months in the Bureau of Prisons followed by 3 years of supervised release. Status: Jose Antonio Santeros Placsencia remains out of custody on pretrial services release pending his self-surrender date in the Bureau of Prisons on July 20, 2026.

Respectfully submitted: May 1, 2026.

VERDURA LAW GROUP PLLC

*s/Kaitlin S. Verdura*
Kaitlin S. Verdura
Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing May 1, 2026, to:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Jacqueline Schesnol
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

By: *s/Kaitlin S. Verdura*

2