UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSE ANTONIO SANTEROS PLACSENCIA, AKA Jose Antonio Santeros Plascencia,<br><br>Defendant - Appellant. | No. 26-2772<br><br>D.C. No. 2:23-cr-01489-KM-1<br>District of Arizona, Phoenix<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) by Kaitlin S. Verdura to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

Within 14 days of identifying counsel, the appointing authority for the District of Arizona is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by June 12, 2026. The transcript is due July 13, 2026. The opening brief is due August 24, 2026. The answering brief is due September 23, 2026. The optional reply brief is due within 21 days after service of the answering brief.

2

Within 7 days, the government must serve this court's order on appellant and provide proof of service to this court, including appellant's address and registration number.

The clerk will serve this order on former counsel and the district court.

26-2772